**FILED**
December 08, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jackson_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| *Plaintiff,* § | |
| § | No.: SA:22-CR-00653(1)-OLG |
| vs. § | |
| § | |
| (1) CHRISTOPHER JOHN PETTIT § | |
| *Defendant,* § | |

## ORDER OF TEMPORARY CONTINUANCE
## PENDING HEARING PURSUANT TO
## BAIL REFORM ACT

Upon Motion of the _____GOVERNMENT_____, it is ORDERED that a

**ARRAIGNMENT/DETENTION**

is set for _____December 13, 2022_____ * at _____10:30 AM_____
                                    Date                                                Time

before _____U.S. Magistrate Judge ELIZABETH S. CHESTNEY_____

in _____Courtroom A, on the 2nd Floor in the United States Courthouse, 262 West Nueva, San Antonio, Texas._____
*Location of Judicial Officer*

Pending this hearing, the Defendant shall be held in custody by (the United States Marshal)

( _____ )

and shall be produced for the hearing.

_____December 08, 2022_____                 _____/s/ Richard B. Farrer_____
                 *Date*                                                                  RICHARD B. FARRER
                                                                                         UNITED STATES MAGISTRATE JUDGE

\* If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the Defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>vs.<br><br>(1) CHRISTOPHER JOHN PETTIT<br>*Defendant,* | §<br>§<br>§  No.: SA:22-CR-00653(1)-OLG<br>§<br>§<br>§<br>§ |

**NOTICE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY**
**WAIVER OF MINIMUM TIME TO TRIAL**

**NOW COMES** Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1. Defendant has received a copy of the charging document in this case.
2. Defendant has read the charging document or had it read to him/her.
3. Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the charging document and, by this instrument, tenders his/her plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes. Defendant request the Court accept his/her waiver of appearance and entere a plea of "not guilty."

_____     _____
**Date**                                                          **Defendant**

                                                              _____
                                                              **Name of Attorney for Defendant (Print)**

_____     _____
**Date**                                                          **Signature of Attorney for Defendant**

**ALL WAIVER FORMS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 5:00 P.M. ON THE DAY BEFORE THE SCHEDULED DATE OF ARRAIGNMENT. IF A WAIVER FORM IS NOT SUBMITTED BY THAT TIME, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**

4. Defendant understands that he/she has a right to a minimum period of time to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se. Defendant further understands that, absent the present waiver, he/she will not be brought to trial during this thirty (30)-day period.

Defendant, having conferred with his/her attorney in this regard, hereby **WAIVES** the requirement that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

_____     _____
**Date**                                                 **Defendant**

                                                          _____
                                                          **Name of Attorney for Defendant (Print)**

_____     _____
**Date**                                                 **Signature of Attorney for Defendant**

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF A MISDEMEANOR

The U.S. Magistrate Judge may conduct proceedings in any and all Class A misdemeanor cases, including a jury or non-jury trial, if the defendant voluntarily consents thereto, and for Class B and C misdemeanors and infractions regardless of consent.

### PLEASE INDICATE ONE OF THE FOLLOWING WITH A CHECK MARK:

_____   I DO CONSENT TO MAGISTRATE JUDGE JURISDICTION.
_____   I DO NOT CONSENT TO MAGISTRATE JUDGE JURISDICTION.

**NO RESPONSE OR OMISSION OF THIS PAGE WILL BE INTERPRETED AS NOT CONSENTING TO MAGISTRATE JUDGE JURISDICTION AND CASE WILL BE ASSIGNED TO A U.S. DISTRICT JUDGE.**

_____     _____
**Date**                                                                  **Defendant**

                                                                          _____
                                                                          **Name of Attorney for Defendant (Print)**

_____     _____
**Date**                                                                  **Signature of Attorney for Defendant**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>vs.<br><br>(1) CHRISTOPHER JOHN PETTIT<br>*Defendant,* | §<br>§<br>§  No.: SA:22-CR-00653(1)-OLG<br>§<br>§<br>§<br>§ |

## WAIVER OF DETENTION HEARING

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community. I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.

_____     _____
**Date**                                                          **Defendant**

                                                                  _____
                                                                  **Name of Attorney for Defendant (Print)**

_____     _____
**Date**                                                          **Signature of Attorney for Defendant**