**FILED**

FEB 27 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## United States Court of Appeals

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 27, 2026

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
262 W. Nueva Street
Suite G65
San Antonio, TX 78207

No. 24-50250    USA v. Pettit
USDC No. 5:22-CR-653-1

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Jasmine J. Forman, Deputy Clerk
504-310-7649

cc w/encl:
    Ms. Maureen Scott Franco
    Ms. Kristin Michelle Kimmelman
    Mr. Christopher Mangels
    Mr. Zachary Carl Richter